**Letha Ferguson, administratrix of the estate of Robert Ferguson, deceased, appellee, v. Chester Yarnell and Flossie M. Yarnell, appellants.**

Action to recover for wrongful death caused by a collision between an automobile and an ice wagon. Judgment for plaintiff. Appeal from the Circuit Court of Moultrie county; the Hon. George A. Sentel, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed April 29, 1919.

E. J. Miller and Edward C. Craig, for appellants. J. L. McLaughlin and J. R. Fitzgerald, for appellee.

Mr. Justice Waggoner delivered the opinion of the court.

---

**Henry Whited, appellant, v. A. J. Daft, appellee.**

Action to recover damages for injury to motorcycle in collision with automobile. Judgment for defendant. Appeal from the County Court of Fulton county; the Hon. H. S. Boyd, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed April 29, 1919.

William Roe, for appellant. W. S. Jewell, for appellee.

Mr. Justice Waggoner delivered the opinion of the court.

---

**R. E. Bowers, appellant, v. John Maxedon et al., appellees.**

Suit to set aside sales as in violation of the Bulk Sales Law. Dismissal for want of equity. Appeal from the Circuit Court of Moultrie county; the Hon. George A. Sentel, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed April 29, 1919. Rehearing denied July 9, 1919.

E. J. Miller, for appellant. W. G. Cochran, for appellees.

Mr. Justice Waggoner delivered the opinion of the court.

---

**Town of Griggsville, appellee, v. George R. Newman, appellant.**

Action to recover statutory penalty for encroaching on highway. Judgment for plaintiff. Appeal from the Circuit Court of Pike county; the Hon. Harry Higbee, Judge, presiding. Heard in this court at the October term, 1918. Reversed and remanded. Opinion filed April 29, 1919. Rehearing denied July 9, 1919.

W. E. Williams and A. Clay Williams, for appellant. Paul F. Grote, for appellee.

Mr. Justice Waggoner delivered the opinion of the court.